IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| R. MICHAEL PRICE,<br><br>               Plaintiff,<br><br>vs.<br><br>US BANK, N.A.,<br><br>               Defendant. | CV 17-36-BLG-SPW<br><br>ORDER DENYING WITH LEAVE TO REFILE |

Defendant U.S. Bank, N.A. moves for the admission of Jennifer Hadley to practice before the Court in the above-captioned matter with Michelle Sullivan of Billings, Montana designated as local counsel (Doc. 8). The motion does not comply with Local Rule 83.1(d)(3)(J) which reads as follows: " (J) that the applicant has complied with Mont. R. Prof'l Conduct 8.6." Therefore,

IT IS HEREBY ORDERED that Defendant U.S. Bank, N.A.'s motion to admit Jennifer Hadley to appear *pro hac vice* (Doc. 8) is **DENIED**. However, the Defendant may file a new Motion and supporting Affidavit complying with Local Rule 83.1(d).

DATED this 26th day of April, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1