IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| R. MICHAEL PRICE, | CV 17-36-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| US BANK, N.A., | |
| Defendant. | |

Defendant US Bank, N.A. moves for the admission of Steven D. Jerome to practice before the Court in the above captioned matter with Michelle M. Sullivan of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendant US Bank, N.A.'s motion to admit Steven D. Jerome to appear *pro hac vice* (Doc. 9) is GRANTED and he is authorized to appear as counsel with Michelle M. Sullivan pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 26th day of April, 2017.

SUSAN P. WATTERS
United States District Judge

1