IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

APR 28 2017

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| R. MICHAEL PRICE,<br><br>        Plaintiff,<br><br>vs.<br><br>US BANK, N.A.,<br><br>        Defendant. | CV 17-36-BLG-SPW<br><br>ORDER |

Defendant US Bank, N.A. moves for the admission of Jennifer Hadley to practice before the Court in the above captioned matter with Michelle M. Sullivan of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendant US Bank, N.A.'s motion to admit Jennifer Hadley to appear *pro hac vice* (Doc. 14) is GRANTED and she is authorized to appear as counsel with Michelle M. Sullivan pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 28th day of April, 2017.

SUSAN P. WATTERS
United States District Judge