IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 28 2017
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| R. MICHAEL PRICE,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, N.A.,<br><br>Defendant. | CV 17-36 BLG-SPW<br><br>ORDER |

Before the Court is Plaintiff R. Michael Price's Motion to Excuse or Suspend Performance. (Doc. 13). The Court notes that Price failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> 
> . . .
> 
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. The Court also notes that Price failed to adhere to Local Rule 7.1(d)(1), which states:

> (A) A motion, if opposed, must be accompanied by a brief in support filed at the same time as the motion. Briefs in support of a motion must be filed separately from the motion. Failure to timely file a brief will result in denial of the motion, subject to refiling in compliance with the rule.

1

Adherence to this local rule provides the Court, the Clerk of Court, and the parties, with a clean and organized docket. Compliance with the local rules is required. Accordingly,

IT IS ORDERED that Price's Motion to Excuse or Suspend Performance (Doc. 13) is DENIED with leave to renew.

DATED this 27th day of April, 2017.

SUSAN P. WATTERS
United States District Judge