

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| R. MICHAEL PRICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>US BANK, N.A.,<br><br>　　　　Defendant. | Cause No. CV-17-36-BLG-SPW<br><br>**ORDER** |

Defendant U.S. Bank, N.A. has moved the Court to continue the Preliminary Pretrial Conference presently set for Friday, June 30, 2017 at 1:30 p.m. and the deadlines for the related disclosures (Doc. 26) contemplated by this Court's Order dated May 16, 2017, specifically the joint discovery plan, the preliminary pretrial statements, and the statement of stipulated facts (Doc. 24). Plaintiff does not object to the Motion.

Currently pending before this Court is U.S. Bank's Motion to Dismiss (Doc. 20). The Motion is not yet fully briefed. A decision on that motion could eliminate the need for a preliminary pretrial conference and the related disclosures, depending on the ruling of the Court. Therefore,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference set for June 30, 2017 at 1:30 p.m. and the deadlines for the related disclosures set forth

in this Court's Order dated May 16, 2017, are hereby **VACATED** until such time that the Court rules on U.S. Bank's pending Motion to Dismiss. The Court will issue a new Order resetting those dates and deadlines as appropriate following its ruling on the Motion to Dismiss.

Dated this 23 day of May, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge