FILED

JUL 27 2018

Clerk, U S District Court
District Of Montana
Billings

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| R. MICHAEL PRICE,<br><br>      Plaintiff,<br><br>v.<br><br>US BANK, N.A.,<br><br>      Defendant. | Cause No. CV-17-36-BLG-SPW<br><br>**ORDER** |

Plaintiff R. Michael Price filed a motion to compel disclosure of unredacted communications between employees of Defendant US Bank. (Doc. 50). US Bank claims the communications are protected by attorney-client privilege. US Bank proposes submitting unredacted copies to the Court for in camera review. The Court agrees it should review the documents in camera. Therefore, US Bank is ordered to submit unredacted copies of the communications in question to the Court for in camera review by August 3, 2018.

Dated this 27th day of July, 2018.

SUSAN P. WATTERS
United States District Judge