IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 2 0 2018
Clerk, U S District Court
District Of Montana
Billings

R. MICHAEL PRICE,

    Plaintiff,

vs.

US BANK, N.A.,

    Defendant.

CV 17-36-BLG-SPW

ORDER

The Court having been notified of the settlement of this case (Doc. 59), and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED. The final pretrial conference set for June 5, 2019 at 1:30 p.m. is VACATED and the bench trial set for June 17, 2019 at 9:00 a.m. is VACATED.

DATED this 20th day of August, 2018.

SUSAN P. WATTERS
United States District Judge