
FILED
SEP 2 5 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| R. MICHAEL PRICE,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANK, N.A.,<br><br>    Defendant. | CV 17-36-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulated Motion for Dismissal with Prejudice (Doc. 63), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.

DATED this 24th day of September, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1